## First District.

H. E. McDaniel, appellee, v. Fort Dearborn Fireproof Storage Company, appellant. Gen. No. 25,571.

Action to recover for loss of goods while in custody of storage company. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. F. J. Campbell, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 12, 1920.

Eugene L. Garey and A. J. Deutschman, for appellant. Charles W. Taylor and F. S. Loomis, for appellee.

---

Roth Brothers & Company, Inc., appellee, v. Hycon Bronze Company, appellant. Gen. No. 25,617.

Action to recover for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 12, 1920. Rehearing denied April 26, 1920.

Thornton & Chancellor, for appellant. Edward L. England, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Baldwin Tool Works, appellee, v. Harry Channon, appellant. Gen. No. 25,648.

Action on a written guaranty. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded with directions. Opinion filed April 12, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Morrill & Shannon, for appellant; Donald L. Morrill, of counsel. Cutting, Moore & Sidley, for appellee; William D. Bangs and Harold J. Clark, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.